# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | NO. 3:18-CR-00021 |
| LANCE GREEN, | (JUDGE CAPUTO) |
| Defendant. | |

## ORDER

**NOW**, this 27th day of November, 2018, **IT IS HEREBY ORDERED** that the Motion to Suppress filed by Defendant Lance Green (Doc. 36) is **DENIED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge