**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:18-CR-21 |
| v. | (JUDGE CAPUTO) |
| LANCE GREEN, | |
| Defendant. | |

## ORDER

**NOW**, this 19th day of July, 2019, **IT IS HEREBY ORDERED** that:

(1)     The Motion to Dismiss the Indictment pursuant to the Speedy Trial Act filed by

Defendant Lance Green (Doc. 65) is **GRANTED**.

(2)     The Indictment (Doc. 1) is **DISMISSED without prejudice**.

(3)     This Case is **DISMISSED without prejudice**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge